BEFORE THE SECOND DIVISION, JUNE 13, 1950

**No. 54400.**—I. Bauer, Inc. v. United States, protest 157184-K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of mats composed wholly of sisal fibers, which fibers are similar in all material respects to those contained in the handbags which were the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.